1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   | LIZETTE GALVAN, an individual, on behalf | Case No. 1:12-cv-00702-AWI-BAM

12   of herself, and on behalf of all person similarly
     situated,                                          CLASS ACTION

13                        Plaintiff,                     ORDER GRANTING JOINT
                                                         STIPULATION TO CONTINUE
14          v.                                           DEFENDANT SEARS, ROEBUCK AND
                                                         CO.'S DEADLINE TO RESPOND TO
15   SEARS, ROEBUCK AND COMPANY,                         FIRST AMENDED COMPLAINT
     a New York Corporation; and DOES 1 through
16   50, inclusive,

17                        Defendants.

18

19          Having reviewed the Parties' joint stipulation to continue Sears' deadline to respond to

20   Plaintiff's First Amended Complaint, and good cause appearing therefore, IT IS HEREBY

21   ORDERED THAT:

22          The deadline for defendant Sears, Roebuck and Co. to respond to Plaintiff's First

23   Amended Complaint is continued to June 6, 2012.

24

25

26   IT IS SO ORDERED.

27      Dated:   **May 15, 2012**            _/s/ Barbara A. McAuliffe_
                                            UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT STIPULATION TO CONTINUE
DEFENDANT SEARS, ROEBUCK AND CO.'S DEADLINE
1:12-CV-00702-AWI-BAM